# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONEIDA PLAZA, LLC, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-4485 |
| v. | : | |
| | : | |
| OHIO SECURITY INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 27th day of January 2022, it is **ORDERED** that Defendant Ohio Security Insurance Company's Motion for Summary Judgment (ECF No. 15) is **GRANTED**.

    _s/ANITA B. BRODY, J._
    ANITA B. BRODY, J.

Copies **VIA ECF**

1